1272

JUNE 11, 1997

No. 96–9321 (A–894). IN RE BEHRINGER. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

JUNE 16, 1997

No. 96–6114. COLLINS v. WELBORN, WARDEN. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bracy* v. *Gramley*, *ante*, p. 899.

No. 96–8184. DANIEL v. UNITED STATES. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Old Chief* v. *United States*, 519 U. S. 172 (1997).

No. D–1797. IN RE DISBARMENT OF REED. Disbarment entered. [For earlier order herein, see *ante*, p. 1184.]

No. D–1799. IN RE DISBARMENT OF BENDET. Disbarment entered. [For earlier order herein, see *ante*, p. 1184.]

No. D–1800. IN RE DISBARMENT OF FRYE. Disbarment entered. [For earlier order herein, see *ante*, p. 1184.]

No. D–1801. IN RE DISBARMENT OF SCHWARTZ. Disbarment entered. [For earlier order herein, see *ante*, p. 1184.]

No. D–1802. IN RE DISBARMENT OF BOYLE. Disbarment entered. [For earlier order herein, see *ante*, p. 1184.]